UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARY V DIBLASI                                        JURY TRIAL DEMANDED

v.                                                    CASE NO.  3:11CV

U.S. EQUITIES CORP.
LINDA STRUMPF

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, the Connecticut Creditor's Collection Practices Act ("CCPA"), and the Connecticut Unfair Trade Practices Act.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Defendant Strumpf regularly collects debts by appearing in court or writing letters on behalf of U.S. Equities Corp. ("Equities").

5. Equities buys defaulted consumer accounts.

6. On and after December 1, 2010, defendants attempted to collect a personal credit card account allegedly purchased by Equities in 2010.

7. In May, 2010, Defendants filed a summons and complaint in Connecticut Superior Court alleging three causes of action against plaintiff, FBT-CV-11-6019222.

8. In connection with a fee application, Strumpf alleged a retainer agreement with Equities.

9. In response to discovery, Strumpf admitted there was no such agreement.

10. In connection with a fee application, Strumpf included a request for future services in efforts to collect the judgment.

11. Strumpf was aware that plaintiff was 88 years old and her sole income was exempt from future efforts to collect the judgment.

12. On or about November 1, 2011, defendants gratuitously sent notice of plaintiff's debt to a nonparty lawyer who had not filed an appearance and was not representing the plaintiff.

13. In the collection efforts on and after December 1, 2010, defendants violated the FDCPA, § 1692c, -e, -f(1), or -g. Defendant EQUITIES violated the parallel provisions of the CCPA.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under the FDCPA against each defendant, as well as fees incurred in defending the state court action.

2. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under the CCPA against EQUITIES, as well as fees incurred in defending the state court action.

3. Award such other and further relief as law or equity may provide.

THE PLAINTIFF

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net