**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**MARY V DIBLASI**

**v.**                                           **CASE NO.  3:11CV  1851 (VLB)**

**U.S. EQUITIES CORP.**
**LINDA STRUMPF**

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant  to Rule 41(a)(l), plaintiff hereby dismisses  the within action

without costs or fees based on the parties' settlement agreement.

**THE PLAINTIFF**

BY____/s/ Joanne S. Faulkner___
       **JOANNE S. FAULKNER ct04137**
**123 Avon Street**
**New Haven, CT 06511-2422**
**(203) 772-0395**

**Certificate of Service**

I hereby certify that on January 7, 2012, a copy of foregoing Notice of
Dismissal was filed electronically. Notice of this filing will be sent by e-mail
to all parties by operation of the Court's electronic filing system. Parties may
access this filing through the Court's system.

____/s/ Joanne S. Faulkner___
**JOANNE S. FAULKNER ct04137**
**123 Avon Street**
**New Haven, CT 06511-2422**
**(203) 772 0395**
**j.faulkner@snet.net**